IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON LAFLAMME,

    Plaintiff,                                      No. CIV S-03-2435 FCD KJM P

    vs.

UNITED STATES DISTRICT COURT,

    Defendant.                                FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 5, 2004, this court directed plaintiff to show cause why this action should not be dismissed. Plaintiff was advised that his failure to respond would result in a recommendation that this action be dismissed. Plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

1

1 | within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.
2 | Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3 | DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

lafl2435.ftc